No. 82–1186.   TRANS WORLD AIRLINES, INC. *v.* FRANKLIN MINT CORP. ET AL.; and

No. 82–1465.   FRANKLIN MINT CORP. ET AL. *v.* TRANS WORLD AIRLINES, INC.   C. A. 2d Cir.   Motion of International Air Transport Association et al. for leave to intervene in No. 82–1186 denied.   Alternative request to treat the brief as a brief *amici curiae* granted.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.   Reported below: 690 F. 2d 303.

No. 82–1217.   MATANKY ET AL. *v.* UNITED STATES ET AL. Ct. Cl.   Certiorari denied.

No. 82–1282.   EDDY ET AL. *v.* HESS, ADMINISTRATRIX OF THE ESTATE OF MILANO, ET AL.; and

No. 82–1423.   BRITTON, COMMISSIONER OF BOARD OF CORRECTIONS OF ALABAMA *v.* HESS, ADMINISTRATRIX OF THE ESTATE OF MILANO, ET AL.   C. A. 11th Cir.   Certiorari denied.   Reported below: 689 F. 2d 977.

No. 82–1377.   MCKAY *v.* UNITED STATES.   C. A. Fed. Cir.   Certiorari denied.

No. 82–1427.   ADAMS ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 82–1443.   LOMBARD ET AL. *v.* UNITED STATES ET AL. C. A. D. C. Cir.   Certiorari denied.

No. 82–1455.   ELLISON *v.* KANE COUNTY SHERIFF'S OFFICE MERIT COMMISSION ET AL.   App. Ct. Ill., 2d Dist. Certiorari denied.

No. 82–1464.   NOBEL *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.